COMMONWEALTH of Pennsylvania, Respondent

v.

**Michael A. RIVERA, Petitioner**

**No. 677 MAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

**Rasshaul FOSTER, Petitioner**

**No. 609 MAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**